IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JANE DOE, as Next of Kin                                                          PLAINTIFF

V.                              CASE NO. 3:24-CV-3035

MARION COUNTY, ARKANSAS; and
JIM COLLINS, Marion County Coroner,
in his Official and Individual Capacity                                          DEFENDANTS

### ORDER TO SHOW CAUSE

Plaintiff Jane Doe filed this action *pro se* in the Eastern District of Arkansas in January 2024. It was then transferred to this Court in August 2024. Plaintiff brings this case as next of kin against Marion County and Jim Collins, in his individual and official capacities, alleging that her father's remains were cremated without consent in violation of the Fourteenth Amendment and the Religious Freedom Restoration Act.

In her Complaint, Plaintiff states that she filed the case under the pseudonym Jane Doe "[d]ue to the horrific, tragic events" that allegedly form the basis of this case. Plaintiff has attached exhibits to the Complaint, however, that state her name without redaction. Without challenge to the tragic nature of the alleged facts, the Court **ORDERS** Plaintiff to **SHOW CAUSE** as to why this case should not be recaptioned to reflect Plaintiff's name. Plaintiff must file a response to this Order on or before **October 30, 2024**.

**IT IS SO ORDERED** on this 9th day of October, 2024.

                                                                          _____
                                                                          TIMOTHY L. BROOKS
                                                                          UNITED STATES DISTRICT JUDGE