IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**JANE DOE**                                                                                          **PLAINTIFF**

V.                                            **CASE NO. 3:25-CV-3012**

**UNIVERSITY OF ARKANSAS**
**and STATE OF ARKANSAS**                                                       **DEFENDANTS**

### ORDER CONSOLIDATING CASES *SUA SPONTE*

This matter is before the Court *sua sponte*. Plaintiff filed the instant action on December 18, 2024, in the Eastern District of Arkansas, seeking consolidation with a materially similar suit in this Court, *Doe v. Marion County, et al.*, No. 3:24-CV-3035-TLB (W.D. Ark.). The Eastern District transferred this action, noting, "The core of Doe's two lawsuits is the same: How all those involved addressed her father's death and handled his body." (Doc. 5).

Under Federal Rule of Civil Procedure 42(a)(2), a court may consolidate actions that involve common questions of law or fact. "Whether to consolidate actions under Rule 42(a) is vested in the court's discretion," and "the district court can consolidate actions *sua sponte*." *Rubottom-Langeneckert v. Seek*, 2025 WL 471198, at *1 (E.D. Mo. Feb. 11, 2025) (quoting *Bendzak v. Midland Nat. Life Ins. Co.*, 240 F.R.D. 449, 450 (S.D. Iowa 2007)).

Here, the two complaints allege substantially similar facts. And though the named defendants are different, in her second complaint, Doe repeatedly refers to Marion County and Jim Collins as "Defendants." Consolidation of these two cases would serve the interests of justice, avoid unnecessary costs, and promote judicial efficiency.

Accordingly, **IT IS HEREBY ORDERED** that the Clerk shall consolidate the instant action into *Doe v. Marion County, et al.*, No. 3:24-CV-3035-TLB (W.D. Ark.), the case with the lower case number.

**IT IS FURTHER ORDERED** that this Order shall be filed in both the instant action and in *Doe v. Marion County, et al.*, No. 3:24-CV-3035-TLB (W.D. Ark.)

**IT IS SO ORDERED** on this 19th day of February, 2025.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE