IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JANE DOE as Next of Kin                                                        PLAINTIFF

v.                              Case No. 3:24-cv-3035

MARION COUNTY, ARKANSAS; JIM
COLLINS, Marion County Coroner;
UNIVERSITY OF ARKANSAS; and
STATE OF ARKANSAS                                         DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 37. Judge Ford recommends that Defendants' Motion for Judgment on the Pleadings (ECF No. 22) be granted and that this case be dismissed without prejudice. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* Local Rule 7.2(b).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 37) in toto. Accordingly, Defendants' Motion for Judgement on the Pleadings (ECF No. 22) is hereby **GRANTED**. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 11th day of June, 2025.

                                                                          /s/ Susan O. Hickey
                                                                          Susan O. Hickey
                                                                          Chief United States District Judge